■ In the Matter of DAVID M. KREITZER (Admitted as DAVID MARK KREITZER), a Disbarred Attorney. [732 NYS2d 855] —Leave to appeal to the Court of Appeals and for other relief denied.

No opinion. Concur—Sullivan, P. J., Rosenberger, Nardelli, Mazzarelli and Rubin, JJ.